# MEXICAN GOVERNMENT

## FROM:

MEXICAN CIVILIANS 

MEXICAN CITIZENS

MEXICAN NATIONAL CLAIM

MEXICAN AUTHORITY

MEXICAN BIRTHRIGHTS

FULL REPATRIATION

2 0 2 2

MEXICAN NATIONAL PEOPLE
            V                    | Jurisdiction statement
United States of America
United States Supreme Court
United States Congress


Now comes the Mexican People as a majority claiming Mexican Constitutional Birthrights and Nationality, to MOVE this statement of Jurisdiction to the STATUS and Legal Standing of "Mexican", and Here challenge the Defendant Parties listed the U.S. of America, United States Congress and the U.S. Supreme Court to Produce written IN PERSONAM Jurisdiction to govern the Mexican(s) sealed in this claim.


The coming forth of the Mexican People seeks immediate deportation and owes no debts to the United States


We the Mexican People challenge the 14th Amendment and object, condemning its false effects of commercializing American People as liabilities under labels lationo & Hispanic.

We the Mexicans now bearing absolute Mexican identification proclaiming Mexican Nationality to be Recognized by the Mexican Government free herein from all federal bonded liabities of the state, we Represent Mexican insurance, Mexican families and Mexican birthrights under Mexican Constitution.

MEXICAN MAJORITY SUI JURIS

NAME                        BORN IN MEXICO         SIGNATURE
Miguel Medrano Ramos  10 /06/ 1985   MMR

☆ Previously identified by North Carolina state as Commercial liability.

PAGE 3 OF 4

United States District Court
431 West Market Street
Greensboro N.C. 27401

We the Mexican People do pledge full allegiance to the Mexican Government as parcels to such. We claim birthrights to the circle of Mexican bonds.

- The United States Federal Government holds no bonded interest in the State legal status of hispanic and latino. These are Commerce Names of State Property.

### REMEDY

- These identifications are used as insurance liabilities for debts of the state. — Recognize our Mexican status — Immediate Deportation — $7,000,000 compensation

- The Federal Government has drawn liability interest from North Carolina State Tax records and deeds whereas they are void abinio of all political interest and bonds to Mexican identification "touching any liability".

- The State Commercial liability suits, constructs, Uniforms et al. bonded by the Federal Government are hereby condemned not touching the Mexicans

PAGE 3 OF 4